UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERCEDES BENZ, USA, LLC.,

    Plaintiff,

v.                                        HON. AVERN COHN

JAMES LEWIS,                          Case No. 19-10948
JEFF SOTO and MAXX GRAMAJO,
DANIEL BOMBARDIER,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

I.

Plaintiff Mercedes Benz USA, LLC (Mercedes) filed three (3) declaratory judgment actions in this district against defendants, seeking a declaration that its use of defendant's murals was lawful. The cases have been consolidated and liability and damages have been bifurcated. See ECF No. 25.

On November 26, 2019, the Court held a telephone conference with the parties to chart the course of the case. This Order memorializes the matters discussed at the telephone conference.

II.

- The parties shall have four (4) months to complete discovery on liability. (The Clerk will send out a separate scheduling order).

- No motions shall be filed without a call to the Court first.

- The parties shall advise the Court as to the name of their chosen mediator.

SO ORDERED.

    S/AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 11/26/2019
    Detroit, Michigan