UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MERCEDES BENZ USA LLC,<br><br>PLAINTIFF,<br><br>-AGAINST-<br><br>JAMES LEWIS, JEFF SOTO, MAXX GRAMAJO, AND DANIEL BOMBARDIER<br><br>DEFENDANTS.<br>JAMES LEWIS, JEFF SOTO, MAXX GRAMAJO, AND DANIEL BOMBARDIER,<br><br>Counterclaim-PLAINTIFFS,<br><br>-AGAINST-<br><br>MERCEDES BENZ USA LLC<br><br>COUNTERCLAIM-DEFENDANT. | No.: 2:19-cv-10948 |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between Plaintiff and Counterclaim-Defendant Mercedes Benz USA LLC and Defendants and Counterclaim-Plaintiffs James Lewis, Jeff Soto, Maxx Gramajo, and Daniel Bombardier, through their undersigned counsel, that the above entitled action, including all claims, counterclaims, and affirmative defenses, be, and the same hereby is, dismissed in its

1

entirety with prejudice and without costs or attorneys' fees to any party as against any other.

**IT IS SO ORDERED.**

                                                               s/ Linda V. Parker
                                                               LINDA V. PARKER
                                                               U.S. DISTRICT JUDGE

Dated: June 1, 2020

Dated: June 1, 2020

| | |
|---|---|
| ERIKSON LAW GROUP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| BY: /s/ David A. Erikson<br>David A. Erikson<br>200 N. Larchmont Blvd.<br>Los Angeles, CA 90004<br>323-465-3100<br>Fax: 323-465-3177<br>Email: david@daviderikson.com | BY: /s/ Luke Nikas<br>Edward DeFranco<br>Luke Nikas<br>Maaren A. Shah<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel : (212) 849-7000<br>Fax : (212) 849-7100<br>eddefranco@quinnemanuel.com<br>lukenikas@quinnemanuel.com<br>maarenshah@quinnemanuel.com |
| LIPPITT O'KEEFE GORNBEIN, PLLC<br>Norman L. Lippitt<br>370 E. Maple Rd.<br>Birmingham, MI 48009<br>248-646-8292<br>Fax: 248-646-8375<br>Email: nlippitt@lippittokeefe.com | MILLER, CANFIELD, PADDOCK & STONE, PLC<br>A. Michael Palizzi (P47262)<br>Caroline B. Giordano (P76658)<br>150 West Jefferson, Suite 250<br>Detroit, Michigan 48226<br>Tel: (313) 496-7645<br>Fax: (313) 496-8454<br>palizzi@millercanfield.com<br>giordano@millercanfield.com |
| *Attorneys for James Lewis, Jeff Soto, Maxx Gramajo, and Daniel Bombardier* | *Attorneys for Mercedes Benz USA LLC* |